AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▾

| | |
|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF BANK 2018-BNK14, COMMERCIAL MORTGAGE SERIES 2018-BNK14, by and through its Special Servicer Rialto Capital Advisors, LLC, *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| EDWARD BUSHOR and STUART L. MILLER, | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No.   1:22-cv-06743

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Edward Bushor
625 Hanale Place, Kailua, Hawaii 96734

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory A. Cross
Venable LLP, 750 East Pratt Street, Suite 900, Baltimore, Maryland 21202

Adam G. Possidente
Venable LLP, 1290 Ave. of the Americas, 20th Floor, New York, New York 10104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   August 9, 2022            /S/  S.  James

*Signature of Clerk or Deputy Clerk*