IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF BANK 2018-BNK14, COMMERCIAL MORTGAGE SERIES 2018-BNK14, by and through its Special Servicer Rialto Capital Advisors, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD BUSHOR and STUART L. MILLER,<br><br>    Defendants. | Case No. 1:22-cv-06743-ALC |
| EDWARD BUSHOR and STUART L. MILLER,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>RIALTO CAPITAL ADVISORS, LLC<br><br>    Third-Party Defendant. | |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Rialto's recent submission. Rialto is hereby GRANTED leave to file a motion to dismiss the Third-Party Complaint. The parties are directed to adhere to the following briefing schedule:

Opening Brief: February 15, 2023.

Opposition: March 8, 2023.

Reply: March 15, 2023.

**Dated:**   **New York, New York**           SO ORDERED.
            **January 25, 2023**

                                                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**