UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST NATIONAL ASSOCIATION,<br><br>    *Plaintiff*,<br><br>-against-<br><br>EDWARD BUSHOR, et. al.,<br><br>    *Defendants*. | 22-cv-06743 (ALC)<br><br>**ORDER OF TERMINATION OF MOTION** |

**ANDREW L. CARTER, JR., District Judge:**

    The Clerk of Court is respectfully directed to close the open motion at ECF No. 30.

**SO ORDERED.**

**Dated:**    **July 31, 2023**
               **New York, New York**

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**