UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILMINGTON TRUST NATIONAL ASSOCIATION,

    *Plaintiff*,

-against-

EDWARD BUSHOR, et. al.,

    *Defendants*.

22-cv-06743 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ORDERED to submit a joint status report by September 5, 2023.

**SO ORDERED.**

**Dated:**   **August 28, 2023**
         **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**