UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILMINGTON TRUST NATIONAL ASSOCIATION,** | |
| *Plaintiff*, | 22-cv-06743 (ALC) |
| -against- | **ORDER** |
| **EDWARD BUSHOR, et. al.,** | |
| *Defendants*. | |

**ANDREW L. CARTER, JR., District Judge:**

In light of the stipulation of dismissal without prejudice, ECF No. 45, the Clerk of the Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated:** **September 6, 2023**
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**